# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SASENARINE ETWAROO,** | : | **CIVIL ACTION NO: 3:05-CV-0074** |
| **Petitioner** | : | **(Judge Conner)** |
| v. | : | |
| **JOHN ASHCROFT,** | : | |
| **Respondent** | : | |

## ORDER

AND NOW, this 12th day of August, 2005, upon consideration of the correspondence from the court addressed to petitioner and returned as undeliverable (Doc. 6), indicating that petitioner has been deported, and it appearing that the petition filed in this case was previously ruled upon by the court (see Docs. 1, 4), it is hereby ORDERED that the Clerk of Court is directed to CLOSE this case.

                                        S/ Christopher C. Conner
                                        CHRISTOPHER C. CONNER
                                        United States District Judge